| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------X<br>In re:<br><br>PIERRE RAOUL<br><br><br>              Debtor(s)<br>---------------------------------------------------------X | *Return Date:  November 13, 2014*<br>*Time:  10:00 a.m.*<br><br><br>Chapter 13<br>Case No.: 114-44744-608<br><br><br>**NOTICE OF MOTION** |

SIRS / MADAMS:

       **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Carla E. Craig, United States Bankruptcy Judge, on the 13th day of NOVEMBER, 2014 at 10:00AM, at the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York 11201, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case by reason of the debtor(s)' failure to submit monthly pre-confirmation payments, failure to provide and/or file documents, failure to appear at §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than seven (7) days prior to the return date of this motion.

Dated:  Melville, New York  
        October 24, 2014

Yours, etc.

MICHAEL J. MACCO  
Chapter 13 Trustee  
135 Pinelawn Road, Suite 120 South  
Melville, New York 11747  
(631) 549-7900

*To:*   *Office of the United States Trustee*  
      *Pierre Raoul*  
      *Karamvir Dahiya, Esq., Attorney for Debtor(s)*  
      *U.S. Bank National Association, Creditor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X        **tmm1634**
In re:

                                                                                                              Chapter 13

PIERRE RAOUL                                                                                                   Case No.: 114-44744-608


                              Debtor(s)                                                            **APPLICATION**
--------------------------------------------------------X
TO THE HONORABLE CARLA E. CRAIG, UNITED STATES BANKRUPTCY JUDGE:

        MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

        1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on September 18, 2014, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

        2. As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee.

        3. In addition, as of this date the debtor(s) has failed to provide the Trustee with copies of previous year's State and Federal Tax Returns; all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

        4. Furthermore, the debtor failed to appear at the initial §341 meeting of creditors, held October 15, 2014 at 10:00 a.m.

        5. This is a material default and is prejudicial to the rights of the creditors of the debtor.

        **WHEREFORE**, the Trustee prays for an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Melville, New York
       October 24, 2014                          */s/ Michael J. Macco*
                                                           Michael J. Macco, Chapter 13 Trustee
                                                           135 Pinelawn Road – Suite 120 South
                                                           Melville, New York 11747
                                                           (631) 549-7900

STATE OF NEW YORK    )
COUNTY OF SUFFOLK    )    ss.:

      LONI BRAGIN, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York.

On October 24, 2014, deponent served the within:

### NOTICE OF MOTION AND APPLICATION

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Office of the United States Trustee*
*U.S. Federal Office Building*
*201 Varick Street, Ste. 1006*
*New York, NY  10014*

*Pierre Raoul*
*48-23 Foster Avenue*
*Brooklyn, NY  11203*

*Karamvir Dahiya, Esq.*
*Attorney for Debtor(s)*
*75 Maiden Lane, Ste. 506*
*New York, NY  10038*

*U.S. Bank National Association*
*c/o Zeichner Ellman & Krause LLP*
*1211 Avenue of the Americas*
*New York, NY  10036*

                                                     ***/s/ Loni Bragin***
                                                     *LONI BRAGIN*

Sworn to before me this
24th day of OCTOBER, 2014

***/s/ Janine M. Zarrilli***
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2017